UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE THOMAS KINKADE COMPANY
f/k/a MEDIA ARTS GROUP, INC., and
RICHARD F. BARNETT,

       Case No. 09-10757

    Plaintiffs,

v.       Honorable Patrick J. Duggan

LIGHTHOUSE GALLERIES, LLC, DAVID
WHITE, and NANCY WHITE,

    Defendants.
_____/

## JUDGMENT

This matter is before the Court on cross motions to vacate and confirm an arbitration award. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the arbitration award is **VACATED**.

       s/PATRICK J. DUGGAN
       UNITED STATES DISTRICT JUDGE

Date: January 27, 2010

copies to:
Dana N. Levitt, Esq.
Steven Z. Cohen, Esq.